RICHARD D. BURSTEIN - Bar No. 56661
REAGAN E. BOYCE - Bar No. 248064
EZRA BRUTZKUS GUBNER LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: (818) 827-9000
Facsimile: (818) 827-9099
Email:     rburstein@ebg-law.com
           rboyce@ebg-law.com

Attorneys for David Seror, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>MICHELLE MAHTAB BROKHIM,<br><br>Debtor. | Case No. 1:12-bk-16459-MB<br><br>Chapter 7<br><br>Adv Case No. 1:15-ap-01126-MB |
| DAVID SEROR, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>MEHDI AHSHAR, an individual,<br><br>Defendant. | **PROOF OF SERVICE OF COMPLAINT, SUMMONS AND NOTICE OF COMPLIANCE**<br><br>**Assigned to:** Hon. Martin R. Barash<br>**Complaint filed:** August 6, 2015<br>**Status Conference:** October 7, 2015 at 1:30PM |

Attached is the proof of service by United Status mail delivery of the complaint, summons and notice of status conference in adversary proceedings and the notice of compliance in this matter.

DATED: August 12, 2015                    EZRA BRUTZKUS GUBNER LLP


                                          By: C. Machado
                                              Crystal Machado, Legal Secretary

1370793

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **21650 Oxnard Street, Suite 500, Woodland Hills, CA 91367.**

A true and correct copy of the foregoing document entitled **PROOF OF SERVICE OF COMPLAINT, SUMMONS AND NOTICE OF COMPLIANCE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 12, 2015**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Reagan E Boyce rboyce@ebg-law.com, ecf@ebg-law.com
- David Seror (TR) mtzeng@ebg-law.com, C133@ecfcbis.com
- United States Trustee (SV) ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **August 12, 2015**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | | |
|---|---|---|
| Hon. Martin R. Barash<br>United States Bankruptcy Court<br>21041 Burbank Blvd., Crtrm 303<br>Woodland Hills, CA 91367 | Mehdi Ahshar<br>16461 Dorado Drive<br>Encino, CA 91436 | Mehdi Ahshar<br>c/o Stone Credt<br>7310 Ethel Avenue<br>North Hollywood, CA 91605 |

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 12, 2015 | CRYSTAL MACHADO | /s/ Crystal Machado |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**